AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

**1990 BLUE LINCOLN TOWN CAR**
**VIN: 1LNLM82F2LY706812**
**LOUISIANA LICENSE PLATE NO. DUJ043**

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I    TIMOTHY R. THIBAULT    being duly sworn depose and say:

I am a(n) Special Agent with the Federal Bureau of Investigation and have reason to believe
(Official Title)
that ☐ on the person of or ☒ on the property or premises known as    (name, description and or location)
**1990 BLUE LICOLN TOWN CAR**
**VIN: 1LNLM82F2LY706812**
**LOUISIANA LICENSE PLATE NO. DUJ043**

See Attachment A

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)

See attachments A, B and the affidavit submitted in support of the application for this warrant which attachments A, B and the affidavit are incorporated herein by reference.

which is (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)
Property that constitutes evidence of the commission of a criminal offense; or, contraband, the fruits of the crime or things otherwise criminally possessed;

concerning a violation of Titles 18, 15 United States Code, Section(s) 201, 1343, 1346, 1349, 371 and 78DD-1. The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.    ☒ YES   ☐ NO

Michelle Merola
Fraud and Public Corruption/5th Floor
(202) 353-4862

Signature of Affiant
TIMOTHY R. THIBAULT, Special Agent
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence

_____
Date

at Washington, D.C.

_____    _____
Name and Title of Judicial Officer        Signature of Judicial Officer