```
            IN THE UNITED STATES DISTRICT COURT FOR THE

                      DISTRICT OF COLUMBIA

IN THE MATTER OF THE SEARCH OF     )
1990 BLUE LINCOLN TOWN CAR         )    CASE NO.
VIN: 1LNLM82F2LY706812; LOUISIANA  )
LICENSE PLATE NUMBER DUJ043        )
```

## MOTION TO SEAL SEARCH WARRANT APPLICATIONS, AFFIDAVIT, RETURN AND ACCOMPANYING PAPERS

The United States of America, by and through its undersigned counsel, hereby moves this Court to **SEAL** the search warrant applications, affidavits, together with any documents, returns, or papers related to the above-referenced applications.

This Court has inherent power to seal affidavits in support of search warrants to protect an on-going investigation. State of <u>Arizona v. Maypenny</u>, 672 F.2d 761 (9th Cir.); <u>Matter of Sealed Affidavit(s) to Search Warrants</u>, 600 F.2d 1256 (9th Cir. 1979). See also <u>Shea v. Gabriel</u>, 520 F.2d 879(1st Cir. 1075); <u>United States v. Hubbard</u>, 650 F.2d 293 (D.C. Cir. 1980); <u>In Re: Braughton</u>, 520 F.2d 765, 766 (9th Cir. 1975).

Wherefore, for these reasons, the United States respectfully requests that the Court enter the attached order.

                                Respectfully,

                                KENNETH L. WAINSTEIN
                                UNITED STATES ATTORNEY

By:  _____
      Michelle Merola
      Assistant U.S. Attorney