IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF )<br>1990 BLUE LINCOLN TOWN CAR )<br>VIN: 1LNLM82F2LY706812; LOUISIANA )<br>LICENSE PLATE NUMBER DUJ043 ) | CASE NO. 05-0430M-01 |

### ORDER TO SEAL

Upon motion of the United States, good cause having been shown, it is hereby ordered that the applications for search warrants and the accompanying affidavits and attachments in the above-captioned search warrant be **SEALED** until further order of this Court.

It is further ordered that this Motion to Seal Search Warrant Application and Order to Seal be **SEALED** until further order of this Court.

Entered in Washington, D.C., this 1st Day of August, 2005.

_____
UNITED STATES MAGISTRATE JUDGE
ALAN KAY
U.S. MAGISTRATE JUDGE