AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**1990 BLUE LICOLN TOWN CAR**
**VIN: 1LNLM82F2LY706812**
**LOUISIANA LICENSE PLATE NO. DUJ043**

**SEARCH WARRANT**

CASE NUMBER: 05 - 0430M - 01

TO: __TIMOTHY R. THIBAULT__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by SPECIAL AGENT, TIMOTHY R. THIBAULT who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

See Attachment A and B.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property) See attachment A and B and the affidavit submitted in support of the application for this warrant which attachment A and B and the affidavit are incorporated herein by reference.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ___0 5 AUG 2005___
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

AUG 01 2005            at Washington, D.C.

Date and Time Issued
**ALAN KAY**
**U.S. MAGISTRATE JUDGE**
Name and Title of Judicial Officer                  Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 8/1/05 | 8/3/05  11:39 am | John D. Filamor |

INVENTORY MADE IN THE PRESENCE OF   John D. Filamor

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See Attached

**FILED**

AUG 0 8 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_   8-8-05
U.S Judge or Magistrate        Date

FD-597 (Rev 8-11-94)

Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # _____

On (date) **8/3/05**

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) John D. Filamor, on behalf of Congressman William Jefferson

(Street Address) Lincoln Town Car, Louisiana license plate DUJ043

(City) VIN # 1LNLM82F2LY706812
Washington, DC

Description of Item(s):
Item 1: ① brochure for Import-Export Bank; ② email from Lori Mody re: Ritz reservations; ③ Mapquest directions to Upton Hill Regional Park

Item 2: ① iGate Inc. Income statement; ② financial projection for DSLAM

Item 3: ① fax from Jefferson to Norbert Simmons re: Nitel/iGate; ② hand-written notes regarding revenue sharing; ③ net cash flow statement for iGate/Nitel

Item 4: ④ Nigerian aviation handling comp. receipt

Received By: _(Signature)_     Received From: _(Signature)_

## SCHEDULE A
(Descriptions of Properties to be Searched)

1. The real property and premises known as 1350 F Street, N.E., Washington, D.C. 20002, and any and all outbuildings, appurtenances, storage areas, locked containers, associated therewith and automobiles located thereon.

   The premises is more particularly described as a three-story tan brick row house trimmed in cream. This residence is located at the northwest corner of the intersection of F Street, NE, and Elliot Street, N.E. On the ground-level of this three-story building is a one-car garage with a white garage door facing F Street, N.E. There are several steps that lead up to the main entrance, which allows access to the second level of the residence. This entrance also faces F Street, N.E. The main entrance is secured by a black wooden door, above which are the numbers "1350."

2. 1990 Blue Lincoln Town Car
   VIN: 1LNLM82F2LY706812
   Louisiana License Plate Number DUJ043

and any and all storage areas, locked containers, associated therewith and located thereon

SCHEDULE B

ITEMS TO BE SEIZED FROM

<u>1350 F STREET, N.E.</u>
<u>WASHINGTON, D.C. 20002</u>

and any and all outbuildings, appurtenances, storage areas, locked containers, associated therewith and automobiles located thereon; and

<u>1990 BLUE LINCOLN TOWN CAR</u>
<u>VIN: 1LNLM82F2LY706812</u>
<u>LOUISIANA LICENSE PLATE NO. DUJ043</u>

and any and all storage areas and locked containers, associated therewith and located thereon.

The following records or information related to evidence of violations of Title 18, United States Code, Sections 201, 371, 1343, 1346 and 1349 and Title 15, United States Code, Section, 78dd-1, et seq:

A. records and documents, from January 2001 to the present, related to the following entities:

1. IGate, Incorporated, including documents related to the iGate telecommunications/internet business ventures proposed for Nigeria and Ghana;
2. Global Energy & Environmental Services, LLC;
3. The ANJ Group, LLC;
4. Rosecom.Net;
5. NDTV;
6. EIM;
7. Multimedia Broadband Services, Inc;
8. Global Multimedia Broadband Services;
9. W2 IBBS, Limited; and
10. IBBS.

B. records and documents related to communications and/or correspondence from January 2001 to the present, including:

1. Congressman Jefferson's June 21, 2005 letter to the Vice President of Nigeria.

2. Congressman Jefferson's June 29, 2005 letter to

      the Vice President of Ghana.

3.   any communications from Vernon Jackson or Byeong K. Son and to or from any government or telecommunications officials in Ghana or Nigeria;

4.   any communications to or from Congressman William Jefferson and to or from:

    a.   Export-Import Bank of the United States, any of its Officers, Directors, employees and/or former employees (including, but not limited to J. Joseph Grandmaison and Maureen Adu) related to any potential funding or potential loan guarantees for business projects involving iGate, Incorporated, Multimedia Broadband Services, Inc, W2 IBBS, Limited, or IBBS in Ghana or Nigeria;

    b.   Vernon Jackson, Byeong K. Son, Brett Pfeffer, Diane Fraker, Norbert Simmons, Edward Kufuor, Jack Swetland and Suleiman YahYah, related to any business projects and/or the restructuring of debts and liabilities, involving iGate, Incorporated, Multimedia Broadband Services, Inc, W2 IBBS, Limited, or IBBS;

    c.   Official(s) of the United States Embassies in Ghana or Nigeria, related to any travel to those countries and involving the telecommunications and/or perspective business projects of iGate, Incorporated, Multimedia Broadband Services, Inc, W2 IBBS, Limited, or IBBS, in Ghana or Nigeria, including the July 4, 2005 trip by Congressman Jefferson and others to Ghana;

    d.   Official(s) of the Ghanaian or Nigerian Embassies in the United States related to any travel to those countries involving the telecommunications and/or perspective business projects of iGate, Incorporated, Multimedia Broadband Services, Inc, W2 IBBS, Limited, or IBBS, in Ghana or Nigeria, including but not limited to the July 4, 2005 trip by Congressman William Jefferson and others to Ghana;

      e.    Government Official(s) of Nigeria or Ghana related to the telecommunications and/or business projects involving iGate, Incorporated, Multimedia Broadband Services, Inc, W2 IBBS, Limited, or IBBS, in Ghana or Nigeria; and

      f.    Government official(s) of Nigeria or Ghana related to any business entity, product or service referencing Vernon Jackson.

C.    records and documents related to travel from January 2004 to the present, by Congressman William Jefferson, Vernon Jackson, Angelle Kwemo, Edward Kufuor, Byeong K. Son, and/or Brett Pfeffer to or from Ghana and/or Nigeria regarding perspective or real business related to iGate, Incorporated, Multimedia Broadband Services, Inc, W2 IBBS, Limited, or IBBS, including:

      1.    receipts and or vouchers related to airline travel, hotel, car, taxi, and/or food;

      2.    vouchers and/or requests for reimbursement for the above-listed expenses;

      3.    travel disclosure forms filed with the Clerk of the House of Representatives; and

      4.    documentation regarding passport and/or visa applications.

D.    records and documents related to appointments, visits and telephone messages to or for Congressman William Jefferson from January 2004 to the present, including:

      1.    visitor sign in books;
      2.    ledgers;
      3.    paper telephone messages, (either printed or handwritten); and
      4.    appointment calendars.

E.    Cash in $100 denominations or higher.

F.    A new, reddish-brown colored leather briefcase retailed or manufactured by Bosca.

G.    A reddish-brown colored cloth bag with two draw strings at the top of the bag, with the light colored letters "BOSCA" located on the side of the bag.