UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF | : | Number: 05-0430M-01 |
| 1990 BLUE LINCOLN TOWN CAR | : | |
| VIN: 1LNLM82F2LY706812 | : | **UNDER SEAL** |
| LOUISIANA LIC. PLATE NO. DUJ043 | : | |

**GOVERNMENT'S MOTION TO UNSEAL APPLICATION
AND AFFIDAVIT FOR SEARCH WARRANT**

The United States of America, by its attorney, the United States Attorney for the District of Columbia, hereby moves the Court to unseal the application and affidavit in support of the search warrant in the above-entitled case, as well as the Government's Motion to Seal, and this Court's Order Sealing the aforesaid documents.

On August 1, 2005, the United States obtained a search warrant in this matter, and the Court granted the United States motion to seal the application and affidavit for the warrant. On June 4, 2007, a Grand Jury sitting in the Eastern District of Virginia returned a 16 count criminal indictment against William J. Jefferson alleging various counts of bribery of a public official; deprivation of honest services by wire fraud, violations of the Foreign Corrupt Practices Act; Racketeering Influenced Corrupt Organization Act and Obstruction of Justice. The government seeks to unseal the application for the search warrant, the affidavit filed in support of the application for the search warrant, and all accompanying papers so that it can comply with its discovery obligations.

Accordingly, the United States respectfully requests that its motion to unseal application and affidavit for the above referenced search warrant be granted.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____
Michael K. Atkinson
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC 20530
(202) 616-3702
(202) 307-2304 (fax)