UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN THE MATTER OF THE SEARCH OF  :
1990 BLUE LINCOLN TOWN CAR       :
VIN: 1LNLM82F2LY706812           :     Number:  05-0430M-01
LOUISIANA LIC. PLATE NO. DUJ043  :

## ORDER

Upon consideration of the motion to unseal the application and affidavit in support of the above-captioned Search Warrant, all accompanying papers, the Government's prior motions to seal, and the Court's sealing order, on this _____ Day of July 2007,

**IT IS HEREBY ORDERED**, that the Government's Motion is **GRANTED,** and

**IT IS FURTHER ORDERED** that the application for the above referenced search warrant, affidavit submitted in support of the application for the search warrant, all accompanying papers, the Government's Motion to Seal, and Court's sealing order be unsealed.

UNITED STATES MAGISTRATE JUDGE

cc:

Michael K. Atkinson
Assistant United States Attorney
555 4th Street, N.W., Room 5915
Washington, DC 20530